**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

This document relates to:
ALL CASES

Multidistrict Litigation
No. 08-1905 (RHK/JSM)

**ORDER**

---

This matter is before the Court *sua sponte*. Plaintiffs having recently filed a Motion for Recusal of the undersigned (Doc. No. 245), **IT IS ORDERED** as follows:

1. Medtronic shall serve and file its response to Plaintiffs' Motion on or before March 6, 2009;

2. No reply of any type – whether by memoranda, affidavit, letter, or otherwise – shall be permitted absent further order of the Court; and

3. If the Court intends to hold a hearing on the Motion, it will so advise the parties.


Dated: March 2, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge