**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation,

This document relates to:
ALL CASES

Multidistrict Litigation
No. 08-1905 (RHK/JSM)

**ORDER**

---

      This matter is before the Court on Plaintiffs' Motion for Removal of Teresa Toriseva from Plaintiffs' Steering Committee and Appointment of James Capretz to the Plaintiffs' Steering Committee (Doc. No. 257).  The Court having carefully considered the Motion and noting that all members of Plaintiffs' Steering Committee agree to the relief requested therein, **IT IS ORDERED** that the Motion is **GRANTED**.  Teresa Toriseva, Esq. is hereby removed from Plaintiffs' Steering Committee and James Capretz, Esq. is added to the Committee in her place.

Dated: March 11, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge