## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

                                          Multidistrict Litigation

This document relates to:                  No. 08-1905 (RHK/JSM)
ALL CASES                                         **ORDER**

---

       This matter is before the Court *sua sponte*. The Court has received several documents ostensibly responding to the January 9, 2009 Amended Order to Show Cause (Doc. No. 235) in this matter, several of which are styled as "Motions." (See, e.g., Doc. Nos. 269, 270, 271, 274.) By Order dated February 5, 2009 (Doc. No. 243), however, the Court stayed the Amended Order to Show Cause pending resolution of Plaintiffs' request for leave to amend their Master Consolidated Complaint for Individuals. While the Court will not strike the recently filed responses from the docket, the Court advises all parties that it will take no action thereon until an appropriate later date, and certainly not before the pending Motion for Leave to Amend is resolved. Because the Amended Order to Show Cause remains stayed, and to prevent any subsequent confusion among the parties or further expansion of the already lengthy docket, **IT IS ORDERED** that no further responses to the Amended Order to Show Cause shall be filed absent further Order of the Court.

Dated: March 16, 2009                                          s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                  United States District Judge