**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

This document relates to:
ALL CASES

Multidistrict Litigation
No. 08-1905 (RHK/JSM)

**ORDER**

---

     Attached is an AMENDED list of cases that corrects various court file numbers that were listed in the attachment to the Court's May 12, 2009 Order (Doc. No. 295). This amended list replaces the attachment to that Order.

Dated: May 13, 2009

s/Richard H. KYle
RICHARD H. KYLE
United States District Judge