## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation,

This document relates to:
ALL CASES

Multidistrict Litigation
No. 08-1905 (RHK/JSM)

**ORDER**

On May 11, 2009, Magistrate Judge Mayeron denied Plaintiffs' Motion to Amend the Protective Order and Compel Unredaction of FDA Documents in this multidistrict litigation. The following day, the Court denied Plaintiffs' Motion for Leave to Amend, dismissed several hundred cases in this MDL, and stayed the remainder of this action pending appeal. Plaintiffs have now filed a letter asking the Court to clarify that their time to object to Magistrate Judge Mayeron's Order is stayed along with the rest of this case. Although the Court thought that was clear, in order to avoid any confusion, **IT IS ORDERED** that the Court's stay in this matter pursuant to its May 12, 2009 Order (Doc. No. 295) includes the time by which Plaintiffs must object to Magistrate Judge Mayeron's May 11, 2009 Order denying Plaintiffs' Motion to Amend the Protective Order and Compel Unredaction of FDA Documents (Doc. No. 293).

Dated: May 19, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge